# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                        CASE NO.  3:99CR50/RV

ANTHONY DEXTER WILLIAMS

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   October 1, 2008

Motion/Pleadings:   Motion to Reduce Sentence and Supplemental Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (c)(2)

Filed by   Defendant        on 3/31/2008 and       Doc.#    185 and 189
                                                 7/09/2008

RESPONSES:

                                          on                Doc.#
                                          on                Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          s/Jerry Marbut
LC (1 OR 2)                       Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  19th   day of     June    , 2009, that:*

*(a) The relief requested is DENIED.*
*(b) See separate order (AO 247).*

                                          /s/ *Roger Vinson*
                                            *ROGER VINSON*
                                  *Senior United States District Judge*